UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-096 JD |
| | ) | |
| CHRISTOPHER J. AKENS | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 21, 2013. [DE 31]. Accordingly, the court now ADOPTS those findings and recommendations, with the exception that the schedule for sentencing laid out therein has been superseded by the schedule laid out by this court in the order entered May 7, 2013. [DE 44]. The court ACCEPTS defendant Christopher J. Akens' plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 2252(a)(4)(B).

SO ORDERED.

ENTERED: May 14, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court